UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Donald P. Quarles | : | |
| | : | Case No. 19-17492 |
| | : | Chapter 13 |
| Debtors | : | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | : | |

## AMENDED OBJECTION TO PROOF OF CLAIM

The Debtor, Donald P. Quarles, by and through counsel, Charles T. Tucker, Jr., hereby objects to the Proof of Claim of by Creditor SN Servicing Corporation, (POC #2) and states:

1. Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on August 20, 2018.

2. Claimant, SN Servicing Corporation filed their Proof of Claim (POC #2) on August 12, 2019.

3. On February 14, 2019, the Debtor's residential mortgage was transferred for reasons other than security, to SN Servicing Corporation for U.S. Bank Trust National Association, reflected as Claim # 2 of the register with a principal balance of $362,219.93.

4. On February 14, 2019, SN Servicing Corporation filed a Transfer of Claim other than security, in the Maryland Chapter 11 Bankruptcy case of the Debtor's Spouse, Michelle Quarles, Case Number 17-15211, reflecting a principal balance of $557,855.14, hereto attached as **Exhibit A.**

5. On August 12, 2019, Creditor SN Servicing Corporation filed a Proof of Claim in the Debtor's case, suggesting a principal balance of $614,931.67, increasing in the amount of $57,076.53, hereto attached as **Exhibit B.**

6. Based on the servicer's statements, $0 payments of the $13,900.02, paid year to date, have been applied to the principal.

WHEREFORE, the Debtor prays:

A. That the will sustain this Objection to the Proof of Claim Filed by Creditor SN Servicing Corporation;

B. That the Court schedules a hearing in this matter; and

C. For such other and further appropriate relief as it is deemed necessary.

Respectfully submitted,

Respectfully Submitted,

**Date:  October 10, 2019**          **/s/ Charles T. Tucker**

Counsel for the Debtor
Tucker Moore Law Group LLP
8181 Professional Place, Suite 117
Hyattsville, MD 20785
301-577-1175
Charles@tuckerlawgroupllp.com

## **NOTICE**

PLEASE BE ADVISED THAT WITHIN THIRTY (30) DAYS OF THE DATE OF THE CERTIFICATE OF SERVICE SHOWN BELOW, YOU MAY FILE AND SERVE A RESPONSIVE MEMORANDUM OPPOSING THE OBJECTION TOGETHER WITH ANY DOCUMENTS AND OTHER EVIDENCE YOU WISH TO ATTACH IN SUPPORT OF YOUR CLAIM, UNLESS YOU WISH TO RELY SOLELY UPON YOUR PROOF OF CLAIM, AND REQUEST A HEARING, IF DESIRED, THE COURT MAY RULE ON THE OBJECTION WITHOUT A HEARING, OR SCHEDULE A HEARING IN THE COURT'S DISCRETION.