|                          |   |
|--------------------------|---|
| IN RE:                   | ) |
| DONALD PATRICK QUARLES   | ) Case No.: 19-17492 |
| Debtor,                  | ) |

**MOTION BY DEBTOR TO DISMISS CHAPTER 13 CASE**

DONALD QUARLES, hereinafter "Debtor", and would show the Court the following:

1. The debtor would like to voluntarily dismiss his bankruptcy case without prejudice.

2. This case has not been converted under §706, §1112, or §1208 of the United States Bankruptcy Code.

3. Under §1307(b) of the United States Bankruptcy Code, the debtor is entitled to have this Chapter 13 case dismissed at any time, and the debtor respectfully requests that such case be dismissed pursuant to §1307(b) and the estate closed as soon as practicable.

WHEREFORE, Debtor request:

A.   The Chapter 13 case be dismissed without prejudice pursuant to §1307(b);

    B.   Such other and further relief as the nature of this cause may require.

Dated: January 28, 2020

                                      Respectfully submitted,

                                      /s/Donald Quarles
                                      Debtor


                                    /s/Charles T. Tucker Jr.
                                    Charles T. Tucker Jr.
                                    Bar #19045
                                    Tucker Law Group LLP
                                    8181 Professional Pl
                                    Suite 207
                                    Hyattsville, MD 20785
                                    (301) 577-1175
                                    charles@tuckerlawgroupllp.com
                                    Attorney for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed postage prepaid or electronically mailed, this 20th day of July 2017 to the following individuals:

All creditors entitle to notice.

Rebeca A. Herr
Chapter 13 Trustee

*/s/Charles T. Tucker Jr.*
Charles T. Tucker Jr.

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF
MARYLAND
(Greenbelt Division)

| | |
|---|---|
| IN RE:<br><br>DONALD PATRICK QUARLES<br><br>Debtor,. | Case No. 19-17492 |

### ORDER

This matter is before the Court on Debtor's Motion to Voluntarily Dismiss his bankruptcy case. Upon consideration of the motion and the entire record herein, the Court finds that the motion.

**GRANTED.**

Therefore, on this \_\_\_\_\_ **Day** of _____, **2019** it is:

**SO ORDERED.**

_____

Judge